UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-2272-DMG (SSx) | Date | November 27, 2018 |
| Title | *Shannon Newby v. Punch TV Studios, Inc.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER SCHEDULING A TELEPHONIC STATUS CONFERENCE**

On November 15, 2018, Plaintiff Shannon Newby filed a Motion to Enforce Settlement Agreement, which is scheduled for a hearing on December 14, 2018 at 9:30 a.m. [Doc. # 18.] Plaintiff's counsel attests that the parties settled the matter on October 3, 2018, Defendant Punch TV Studios, Inc. failed to make any of the payments required under the settlement agreement, and Defendant's attorney, Robert K. Lu, informed Plaintiff's attorney on November 13, 2018 that he no longer represents Defendant. *See* Zerner Decl. at ¶¶ 1–3, 5–10 [Doc. # 18-1]. Pursuant to Local Rule 7-9, Defendant's opposition or statement of non-opposition was due no later than November 23, 2018. *See* C.D. Cal. L.R. 7-9. To date, Defendant has not responded to Plaintiff's motion.

The Court *sua sponte* **SCHEDULES** a telephonic status conference for **November 30, 2018 at 10:00 a.m.** All counsel of record shall participate in the status conference. At least 24 hours before the hearing, Counsel shall provide the deputy clerk of court, Kane Tien (DMG_Chambers@cacd.uscourts.gov), with the phone number (land lines only; no cell phones) at which counsel can be reached. Mr. Lu is reminded that an attorney may not withdraw as counsel of record except by leave of court. *See* C.D. Cal. L.R. 83-2.3.2. Such leave has not been requested or obtained. Mr. Lu shall be prepared to explain why the Court should not grant Plaintiff's motion on account of Defendant's failure to oppose it. *See* C.D. Cal. L.R. 7-12. Mr. Lu shall also serve a copy of this Order on his client, Defendant Punch TV Studios, Inc. **Failure to comply with this Order may result in the imposition of sanctions on Defendant and its counsel as well as the granting of the unopposed motion to enforce the settlement agreement.**

**IT IS SO ORDERED.**