# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON NEWBY,<br><br>        Plaintiff,<br><br>    v.<br><br>PUNCH TV STUDIOS, INC.,<br><br>        Defendant. | Case No. CV 18-2272-DMG (SSx)<br><br>**JUDGMENT** |

On December 10, 2018, the Court granted Plaintiff Shannon Newby's Motion to Enforce Settlement Agreement.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff Shannon Newby and against Defendant Punch TV Studios, Inc. in the amount of $18,000. Post-judgment interest on that award shall accrue as specified in 28 U.S.C. section 1961. Further, Plaintiff shall recover an award of attorneys' fees in the amount of $1,237.50. The Court retains jurisdiction over this matter for the purposes of enforcing this Judgment.

**IT IS SO ORDERED.**

DATED: December 10, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE