# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02272-DMG-SSx | Date | February 15, 2018 |
|---|---|---|---|
| Title | Shannon Newby v. Punch TV Studios, Inc., | | |

Present: The Honorable **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Chris Silva | Not Recorded | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys for Plaintiff:

Lawrence J Zerner

Attorneys for Defendants:

Robert K Lu
Bruce Isaacs

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING REQUEST TO CONTINUE JUDGMENT DEBTOR EXAMINATION**

      The Court is in receipt of Plaintiff Shannon Newby's Request to Continue Judgment Debtor Examination (Docket No. 32). The Court **GRANTS** Plaintiff's request and continues the Judgment Debtor Examination from Tuesday, February 19, 2019, at 10:00 am to **Tuesday, April 2, 2019, at 10:00 am**.

**IT IS SO ORDERED**.

0 : 00

Initials of Preparer    CSI